# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDRE MYERS,**

    **Petitioner,**

    v.                                        Case No. 2:04-cv-1096
                                                                      **JUDGE GRAHAM**

**PATRICK HURLEY, Warden,**             **Magistrate Judge ABEL**

    **Respondent.**

## ORDER

On July 20, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. The petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DENIED** and this case is **DISMISSED.**

                                                          **s/James L. Graham**
                                                          JAMES L. GRAHAM
                                                          United States District Judge

DATE: August 17, 2005